8382. SYKES *v.* OCEAN STEAMSHIP COMPANY OF SAVANNAH.

GEORGE, J. This action rests upon the general law of master and servant, and, in order for the plaintiff to recover, it must appear that the master knew or ought to have known of the danger,. that the plaintiff did not know, and by the exercise of ordinary care could not have known, and that he did not have equal means with the master of knowing the danger. The petition was properly dismissed on demurrer.

*Judgment affirmed. Wade, O. J., and Luke, J., concur.*
DECIDED JUNE 27, 1917.

Action for damages; from city court of Savannah—Judge Davis Freeman. December 12, 1916.

*Shelby Myrick,* for plaintiff. *H. W. Johnson,* for defendant.

---

8384. RICE *v.* RAY & MCARTHUR.

WADE, C. J. It does not appear that the court committed any error in overruling the certiorari in this case. The magistrate's original and amended answer apparently included everything relating to the case which was embraced by his knowledge thereof; and we can not say that the court erred in failing to allow the petitioner to except further to the answers, and in finally overruling the certiorari, since the allegations made in the petition and not verified by the answer of the magistrate could not be considered. *Gilmore* v. *Georgian Co.,* 17 *Ga. App.* 759 (88 S. E. 416), and cases cited.

*Judgment affirmed. George and Luke, JJ., concur.*
DECIDED JUNE 27, 1917.

Certiorari; from Gilmer superior court—Judge Patterson. December 5, 1916.

*A. N. Edwards, William Butt,* for plaintiff in error.